STATE OF NEW JERSEY v. HERMAN ASHLEY.

January 20, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. PABLO LEON.

January 20, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. DENNIS COLEMAN.

January 20, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. ELVIN GONZALES.

January 20, 1987.

Petition for certification denied.